

RECEIVED
MAY 0 9 2025
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

)
)
)
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )

Ira Stewart Bruce (1097145)

1. Northeast Correctional Center,
2. State of Missouri Department of
        Corrections
3. Corrections Office II (first unknown) Grant
4. Centurion
5. Christina Craven

*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☒ Yes ☐ No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name: __Ira Stewart Bruce__

Other names you have used: __No other names__

Prisoner Registration Number: __1097195__

Current Institution: __Moberly Correctional Center, 5201 S. Morley Moberly Mo. 65270__

Indicate your prisoner status:

- [ ] Pretrial detainee
- [X] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: __Northeast Correctional Center__

Job or Title: _____

Badge/Shield Number: __unkown__

Employer: __State of Missouri Department of corrections__

Address: __1368 Airport Rd. Bowling Green Mo. 63334-2733__

__X__ Individual Capacity        __X__ Official Capacity

2

**Defendant 2**

Name: State of Missouri Department of Corrections

Job or Title: Correctional institutions

Badge/Shield Number: Unknown

Employer: State of Missouri, Adult institutions

Address: 2729 Plaza Drive Jefferson City Mo. 65102

[X] Individual Capacity          [X] Official Capacity

## II. Statement of Claim    Page 1

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On 12-9-23 and on 12-10-23 Plaintiff victim of Cruel and unusal Punishmet. By and through Sargent Grant working 6 house bubble on December, 9, 2023 at Northeast Correctional Center in Bowlingreen Mo., Northeast Correctional Center and The State of Missouri Department of Corrections Knowingly failed to protect Ira Stewart Bruce #1097195, in turn allowing Serious bodily injury to be inflicted appon Their ward.

    On 12-9-2023 by and through employee error, North east Correctional Center assigned offender Tommie Burns to the same cell as offender Bruce even though they both had bottom Bunk layins perscibed by Medical proffesional at North east Correctional center,

## B. The Defendants ( Continued )

### Defendant 3

Name : (Corrections Officer II ) (unknown) Grant
Job or title : Corrections officer II
Badge / shield number : ( Unknown )
Employer : State of Missouri Department of corrections.
Address : ( Is unknown )
     ☒ Individual capacity    ☒ Official Capacity

### Defendant 4

Name : Centurion
Job title : Medical Provider
Badge / shield number : Unknown
Employer : Contracted Through The Missouri Department
   of Corrections
Address : 1400 Edgewood, Jefferson City Mo. 65109

     ☒ Individual Capacity    ☒ Offical Capacity

### Defendant 5

Name : Christina Craven
Job title : Nurse Practitioner
Badge / shield number : Unknown
Employer : Centurion
Address : unknown

     ☒ Individual Capacity ☒ Offical capacity

II. Statement of claim Page 2

This resulted in a brief arguement between the two offenders who once determined they both had bottom bunk layins went to 6 house bubble in housing unit 6 of Northeast Correctional center to Cunsult Sargent Grant about reassigning one to another cell.

At this time Grant became arguementive as to weather or not Tommie Burns had a bottom bunk layin and even once Grant did confirm both offenders did infact have bottom bunk layins, He still refused to reassign one of them to another cell. He Stated "You will have to talk to a Case worker Monday!" After arguing back and forth with Sargent Grant offender Tommie Burns pulled a lock out of his pocket and held it up for both Grant and Bruce to See and yelled to Grant "If you don't move one of us There is going to be Some mother fucking problems!" At This time Grant Stated "I don't Care!"

Tommie Burns told Bruce he was lucky he had not hit him with it earlier. Everyone Seperated for the time being, Than at Some point That afternoon Bruce woke up beat up bloody and bruised under The Sink in his Cell. He didn't Know what happend or how he got there.

III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attached Pages III. Injuries pages 1 and 2

4

I Statement of claim Page 3

At this time offender Bruce begain to attempt to gather his thoughts, change his boxers, wash up and start packing his belongings in order to request protective custody.
Soon he begain to recieve confusing threats from several inmates.
Once again Bruce returned to the 6 house bubble to cunsult Grant, This time needing protective custody. Even though Grant knew the threat Sargent Grant refused to provide protective Custody because Bruce was confused and was not sure or able to remember what had happend to him or how he had managed to make it under the sink in his cell, other than he had woke up beat up bloody and bruised.
Bruce Than went to find another Sargent, Sargent Dill who also refused him protective Custody and told him if he did not return to his cell he would be wrote up and taken to the hole.
Having had no other option offender Bruce then rufused to return to his cell and was infact wrote up and taken to the hole. Later Bruce had other sanctions imposed against him.
Than on 12-10-23 offender Bruce was wrote up yet again for refusing to return to general population, still requesting protective custody. Once again Bruce was subjected to more sanctions for punishment.

II Statement of claim page 4

After Continued threats of punishment and the removal of all offender Bruce's belongings including his Mattress, Blanket, Sheets, and even his clothes both in The cell and even on his person Bruce was forced back to general population where over the next year he would slowly learn bits and peices of what had happend Through other inmates including Tommie Burns who actually came and asked Offender Bruce to accompany him to Mrs. York's office in 9 house at NorTheast Correctional Center to sign an enemy waiver in order to prevent any retaliation for his part in the attack. by Tommie and Multiple other inmates. uninvestigated. Bruce still continues to suffer Multiple injuries. This all could have been avoided had Sargent Grant not failed to intervene when both offenders reached out to him and he became aware of the issues. but chose to do nothing even after Tommie Burns held up the lock and made threats.
Farther Bruce should had been provided administrative protective Custody under the circumstances instead of punished. Farther more he should never have been forced back to general population.
Bruce has repeatedly requested better Medical Treatment and Centurion and Christina Craven Has repeatedly Neglected his injuries be c-

III. Injuries page 1

Also his all around general health both physical and Mental
Aside from minor infection to laceration on
one of Bruce's finger, Multiple large boot print
Shaped bruises on his left ribs, Sever back and
hip pains, Self defecation, a cut above left eye,
Huge knots and bruising on The back on his
head all very embarassing and painful.
Bruce has been diagnosed with Post
Concussive memory loss disorder and the
Optometrist has now had to adjust his eye
perscription Multiple times Stating his
focus has been Knocked out of wack and
That it should have corrected it's self by now
if it was going to.
Bruce Suffers Severe head aches now often
time accompanied by nose bleeds. He suffers
adominal pains, bloody stool, Severe Mental
anguish, Paranoia and his vision often
blurs and has adverse reactions to certain light.
Bruce has now had to be placed on anxiety
medications That have done little to help and
Continues to Suffer.
Bruce is also perscribed Pain medications That
don't Seem to help and even Propranolol HCL
for his migraines That So far has not
worked.
He continues to request farther investigation into
his medical condition Since his injures and
for better treatment but recieves little.

III. Injuries page 2

Bruce has even suffered family relations issues after attempting to get family members to make phone calls to try and force the Department of corrections to provide better Medical treatment for his injuries.

Plus his oldest daughter was extremely distraught after learning her father had forgot about her telling him She had graduated high school.

Centurion employee have Continuosly Mishandled his medications and Caused farther Mental anguish to Bruce between December of 2023 and April of 2025

## IV.   Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments. Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to recover those damages.

See attached page IV 1, and IV 2.

## V.   Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes            [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Northeast Correctional Center

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes            [ ] No            [ ] Do not know

C.   If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes            [ ] No            [ ] Do not know

## IV Relief page 1

1. Plaintiff request this court to order farther investigation into the injuries sustained and still effecting him and any and all treatment nesessary for any and all injuries found or to later be found at the expense of the defendants.

2. Plaintiff request the court to order it Manditory for all of the Missouri Department of Corrections Employees officers and administrative personal to wear functional body cameras at all times within any Correctional institution.

3. Plaintiff request this court order all Court expenses, cost and filing fees as well as all of the plaintiff's attorney fees paid in full by the defendants

4. Additionally, Plaintiff request this court to order the defendants to pay Money and Punitive damages of no less than $2,333,333.00 to the plaintiff

5. Plaintiff request Specificaly The court to order MRI and Cat Scan of his head and body to detect and treat any and all other injuries to determine why his issues continue.

IV Relief page 2

The plaintiff believes he is entittled to such
money and punitive damages because of the
permanent vision issues and effects on
his memory and mental state.
The plaintiff suffers daily headaches often
times these headaches are accompanied by
nose bleeds.
Also because the humiliating nature of having
self defecated and wet himself as well as
the effects on his mental health and the
extremely high anxiety he now experiences.
This anxiety is often times crippling his
ability to function as needed and required
in his day to day activities and responsibilities.
Not to mention his pain and suffering of various
other injuries, abdonimal pains, Back and hip
pains plus any future issues likely to arise
do to these injuries.
Also for the total disreguard and care for
his injuries caused Through Grants derelict of
duties.
And for More often than not experienced
anal bleeding now for over a year and
a half and it not having been treated
after numerous positive test Through out
This time.

If yes, which claim(s)?

Failure to protect

Plaintiff also attempted to Contest The Conduct violations recieved on 12-9-23 and 12-10-23 To no avail.    Sub Standard Medical care

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes          ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

North east Correctional center, Missouri Eastern Correctional center.

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

Substandard Medical care.

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

Denied

6

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process
        completed? If not, explain why not. (*Describe all efforts to appeal to the highest
        level of the grievance process.*)

I followed Through the complete Irr/Grievance
process to The best of my ability and Than I
appealed Their repeated denials.


F.      If you did not file a grievance:


1.      If there are any reasons why you did not file a grievance, state them here:


2.      If you did not file a grievance but you did inform officials of your claim, state
        who you informed, when and how, and their response, if any:


G.      Please set forth any additional information that is relevant to the exhaustion of
        your administrative remedies.

No one bothered to even investigate My Irr,
Grievance or my Grievance appeal. They refused to
review camera footage or admit any wrong doing.
They even refuse To correct My Medical neglect.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of
your administrative remedies.*)

7

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes            ☒ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes            ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

8

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*): _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes          ☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff_____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

9

6.    Is the case still pending?

☐  Yes

☐  No  (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27__ day of __April__, 20 __25__.

Signature of Plaintiff    _Cia Bruce_

10